# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Tracy L. Convery<br>　　　　　　Debtor<br><br>PNC BANK NATIONAL ASSOCIATION<br>　　　　　　Movant<br>　　vs.<br><br>Tracy L. Convery<br>　　　　　　Debtor<br><br>William C. Miller, Esquire<br>　　　　　　Trustee | CHAPTER 13<br><br><br><br><br>NO. 18-10705 AMC<br><br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Motion of PNC BANK NATIONAL ASSOCIATION for Relief from Automatic Stay to Permit Movant to Foreclose on 2556 East Ann Street, Philadelphia, PA, 19134, which was filed with the Court on or about July 11, 2018 (Document No. 29).

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**/s/ Kevin G. McDonald, Esquire**
　　　　　　　　　　　　　　　　　　　Kevin G. McDonald, Esquire
　　　　　　　　　　　　　　　　　　　Attorney for Movant
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　215-627-1322

September 7, 2018