IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| TRACY L. CONVERY | ) | Case No.: 18-10705 (AMC) |
| **Debtor** | ) | |
| | ) | |
| TRACY L. CONVERY | ) | Chapter 13 |
| **Movant/Objector** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| AMERICREDIT FINANCIAL SERVICES, INC. dba GM FINANCIAL | ) ) | |
| **Respondent(s)/Claimant** | | |

### PRAECIPE WITHDRAWING GM FINANCIAL'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

**TO THE CLERK OF BANKRUPTCY COURT:**

Kindly withdraw GM Financial's Objection To Confirmation, filed on or about February 22, 2018 in the above-referenced case, number 16 on the docket.

Date: 9/24/18

/s/ William E. Craig
William E. Craig, Esquire
Attorney ID 92329
Morton & Craig LLC
110 Marter Ave.
Suite 301
Moorestown, NJ 08057
Phone (856) 866-0100
Fax (856) 722-1554
Attorney for AmeriCredit Financial Services, Inc.
dba GM Financial