# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
|     Tracy L. Convery | : |
| | : |
|     Debtor(s) | : NO. 18-10705 AMC |

### CERTIFICATE OF SERVICE

I, MICHAEL A. LATZES, ESQUIRE, attorney for debtor, hereby certifies that true and correct copies of the Second Amended Chapter 13 Plan and Amended Schedule J were mailed either first class mail, postage prepaid to the address on the Proof of Claim and/or Entry of Appearances or electronically on September 25, 2018, to William C. Miller, Trustee, U.S. Trustee, all attorneys of record, Debtor and all interested parties.


9-25-18                                           /s/    MICHAEL A. LATZES
DATE                                              MICHAEL A. LATZES, ESQUIRE
                                                   Attorney for Debtor