IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) |  |
| TRACY L. CONVERY | ) | Case No.: 18-10705 (AMC) |
| **Debtor** | ) |  |
|  | ) |  |
| TRACY L. CONVERY | ) | Chapter 13 |
| **Movant/Objector** | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| AMERICREDIT FINANCIAL SERVICES, | ) |  |
| INC. dba GM FINANCIAL | ) |  |
| **Respondent(s)/Claimant** |  |  |

### ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between GM Financial and the Debtors in settlement of the Objection To Proof Of Claim and the Objection To Confirmation, and filed on or about September 24, 2018, in the above matter is APPROVED.

Dated: **September 27, 2018**

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE