United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-10705-amc
Tracy L Convery                                                       Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Jennifer          Page 1 of 1           Date Rcvd: Sep 27, 2018
                          Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 29, 2018.
db              +Tracy L Convery,    2556 E. Ann Street,    Philadelphia, PA 19134-4949

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2018 at the address(es) listed below:
      KEVIN G. MCDONALD    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
      MICHAEL A. LATZES    on behalf of Debtor Tracy L Convery efiling@mlatzes-law.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WALTER WILLIAM GOULDSBURY, III    on behalf of Creditor    PNC Bank, National Association
      wgouldsbury@udren.com,  vbarber@udren.com
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
      WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM
      Financial ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: <br> TRACY L. CONVERY <br> **Debtor** | Case No.: 18-10705 (AMC) |
| TRACY L. CONVERY <br> **Movant/Objector** | Chapter 13 |
| v. | |
| AMERICREDIT FINANCIAL SERVICES, INC. dba GM FINANCIAL <br> **Respondent(s)/Claimant** | |

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between GM Financial and the Debtors in settlement of the Objection To Proof Of Claim and the Objection To Confirmation, and filed on or about September 24, 2018, in the above matter is APPROVED.

Dated: **September 27, 2018**

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE