# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Tracy L. Convery<br>　　　　　　　　　　　Debtor<br><br>PNC BANK NATIONAL ASSOCIATION<br>　　　　　　　　　　　Movant<br>　　vs.<br><br>Tracy L. Convery<br>　　　　　　　　　　　Debtor<br><br>William C. Miller Esq.<br>　　　　　　　　　　　Trustee | CHAPTER 13<br><br><br><br><br>NO. 18-10705 AMC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Objection to Confirmation of PNC BANK NATIONAL ASSOCIATION, which was filed with the Court on or about March 23, 2018 (Document No. 23).

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**/s/ Kevin G. McDonald, Esquire**
　　　　　　　　　　　　　　　　　　　　Kevin G. McDonald, Esquire
　　　　　　　　　　　　　　　　　　　　Attorney for Movant
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　　215-627-1322

November 12, 2018