**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
|    Tracy L. Convery | : |
| | : |
|         Debtor(s) | : NO.   18-10705 AMC |

**O R D E R**

      **IT IS HEREBY ORDERED AND DECREED THAT:** Debtor's counsel's Application for Allowance of Compensation in the amount of $4,500.00 is approved. From these monies $2,000.00 was paid by debtor prior to filing and $1,313.85 is held by the Chapter 13 Trustee.

**Date: December 17, 2018**

_____
Ashely M. Chan
United States Bankruptcy Judge