United States Bankruptcy Court
Eastern District of Pennsylvania

In re:   Case No. 18-10705-amc
Tracy L Convery   Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2   User: Randi   Page 1 of 1   Date Rcvd: Dec 17, 2018
                 Form ID: pdf900   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2018.
db             +Tracy L Convery,   2556 E. Ann Street,   Philadelphia, PA 19134-4949

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2018                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2018 at the address(es) listed below:
        KEVIN G. MCDONALD    on behalf of Creditor   PNC Bank, National Association bkgroup@kmllawgroup.com
        MICHAEL A. LATZES    on behalf of Debtor Tracy L Convery efiling@mlatzes-law.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WALTER WILLIAM GOULDSBURY, III    on behalf of Creditor   PNC Bank, National Association
        wgouldsbury@udren.com,   vbarber@udren.com
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
        WILLIAM EDWARD CRAIG    on behalf of Creditor   AmeriCredit Financial Services, Inc. dba GM
        Financial ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                            TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| Tracy L. Convery | : |
| | : |
| Debtor(s) | : NO.   18-10705 AMC |

**O R D E R**

IT IS HEREBY ORDERED AND DECREED THAT: Debtor's counsel's Application for Allowance of Compensation in the amount of $4,500.00 is approved. From these monies $2,000.00 was paid by debtor prior to filing and $1,313.85 is held by the Chapter 13 Trustee.

**Date: December 17, 2018**

_____
Ashely M. Chan
United States Bankruptcy Judge