## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
|    Tracy L. Convery | : |
| | : |
|    Debtor(s) | : NO.  18-10705 AMC |
| | : |

### CERTIFICATE OF SERVICE

I, MICHAEL A. LATZES, ESQUIRE, attorney for debtor, hereby certifies that true and correct copies of the Amended Chapter 13 Plan Per Order to Modify and Amended Schedule J were mailed either first class mail, postage prepaid or electronically on March 15, 2019, to the U.S. Trustee, William C. Miller, Trustee, Tracy L. Convery, Debtor and all parties listed on the Claims Register or who entered their appearances.


3-15-19                                                                   /s/    MICHAEL A. LATZES
DATE                                                             MICHAEL A. LATZES, ESQUIRE
                                                                   Attorney for Debtor