# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                             Chapter 13

                             Bankruptcy No. 18-10705-AMC

    TRACY L CONVERY

    2556 E. ANN STREET

    PHILADELPHIA, PA 19134

        Debtor

## CERTIFICATE OF SERVICE

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

    Debtor(s), at the address listed, by first class mail.

    TRACY L CONVERY

    2556 E. ANN STREET

    PHILADELPHIA, PA 19134

Counsel for debtor(s), by electronic notice only.

    MICHAEL A LATZES ESQUIRE
    1528 WALNUT STREET
    STE 700
    PHILA, PA 19102-

                        /S/ William C. Miller

Date: 3/21/2019             _____

                        William C. Miller, Esquire
                        Chapter 13 Standing Trustee