United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                         Case No. 18-10705-amc
Tracy L Convery                                                Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Randi             Page 1 of 2               Date Rcvd: May 15, 2019
                              Form ID: pdf900         Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2019.
db             +Tracy L Convery,    2556 E. Ann Street,    Philadelphia, PA 19134-4949
cr             +AmeriCredit Financial Services, Inc. dba GM Financ,     4000 Embarcadero Dr.,
                 Arlington, TX 76014-4101
cr             +PNC Bank, National Association,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14098938      ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court: AmeriCredit Financial Services, Inc.,     dba GM Financial,
                 PO Box 183853,    Arlington, TX 76096)
14058880       +AmeriCredit Financial Srvs Inc.,    c/o William E. Craig, Esq.,    Morton & Craig LLC,
                 110 Marter Ave., Ste. 301,    Moorestown, NJ 08057-3125
14050009       +Americredit Financial Services, Inc. d/b,    GM Financial,    P.O. BOX 183853,
                 Attn: Bankruptcy Dept.,    Arlington, TX 76096-3853
14050012        ECMC,   P.O. BOX 16408,    Attn: Bankruptcy Dept.,    Saint Paul, MN 55116-0408
14085842        Emergency Care Services of PA, P.C.,     PO Box 1123,    Minneapolis, MN 55440-1123
14177810       +PNC Bank NA,    c/o Kevin G. McDonald, Esquire,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14065872        PNC Bank NA,    c/o Walter W. Gouldsbury, III, Esquire,    UDREN LAW OFFICES, P.C.,
                 Woodcrest Corporate Center,   111 Woodcrest Road, Suite 200,     Cherry Hill, NJ 08003-3620
14072421       +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14050014       +PNC Bank, National Association,    3232 Newmark Drive,    Attn: Bankruptcy Dept.,
                 Miamisburg, OH 45342-5421
14050017       #+St. Christopher Hospital,    c/o Central Financial Control,    P.O. BOX 66044,
                 Attn: Bankruptcy Dept.,    Anaheim, CA 92816-6044
14050018       +Thomas Convery,    319 Saint Vincent Street,    Philadelphia, PA 19111-3928
14050019        Udren Law Offices, P.C.,    Woodcrest Corporate Center,    111 Woodcrest Road, Suite 200,
                 Attn: Bankruptcy Dept.,    Cherry Hill, NJ 08003-3620

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov May 15 2019 08:19:01      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 15 2019 08:18:05
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 15 2019 08:18:33      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com May 15 2019 08:09:09
                 Capital One Auto Finance, a division of Capital On,     4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
14052514       +E-mail/PDF: acg.acg.ebn@americaninfosource.com May 15 2019 08:09:09
                 Capital One Auto Finance, a division of Capital On,     AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
14076340       +E-mail/PDF: acg.acg.ebn@americaninfosource.com May 15 2019 08:09:09
                 Capital One Auto Finance, c/o AIS Portfolio Servic,     4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
14050010       +E-mail/Text: megan.harper@phila.gov May 15 2019 08:19:01
                 City of Philadelphia-Law Dept-Tax Unit,    1401 John F. Kennedy Blvd., 5th Floor,
                 Attn: Bankruptcy Dept.,    Philadelphia, PA 19102-1617
14077553       +E-mail/Text: bankruptcydpt@mcmcg.com May 15 2019 08:18:14      Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
14050013       +E-mail/Text: bankruptcygroup@peco-energy.com May 15 2019 08:17:33      PECO ENERGY,
                 2301 Market Street, S23-1,    Attn: Bankruptcy Dept. - Merrick Friel,
                 Philadelphia, PA 19103-1380
14072294       +E-mail/Text: bankruptcygroup@peco-energy.com May 15 2019 08:17:33      PECO Energy Company,
                 2301 Market Street,    S4-1,   Philadelphia, PA 19103-1380
14050015        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 15 2019 08:27:38
                 Portfolio Recovery Associates, LLC,    P.O. BOX 41067,    Attn: Bankruptcy Dept.,
                 Norfolk, VA 23541
14054938        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 15 2019 08:07:24
                 Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
14050016        E-mail/Text: bnc-quantum@quantum3group.com May 15 2019 08:17:42
                 Quantum3 Group LLC as agent for,    Sadino Funding,    P.O. BOX 788,    Attn: Bankruptcy Dept.,
                 Kirkland, WA 98083-0788
14051459        E-mail/Text: bnc-quantum@quantum3group.com May 15 2019 08:17:42
                 Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,
                 Kirkland, WA 98083-0788
14050020       +E-mail/Text: electronicbkydocs@nelnet.net May 15 2019 08:18:17
                 US Department of Education c/o Nelnet,    121 S. 13th Street, Suite 201,
                 Attn: Bankruptcy Dept.,    Lincoln, NE 68508-1911
14061570       +E-mail/Text: electronicbkydocs@nelnet.net May 15 2019 08:18:17
                 US Department of Education co Nelnet,    121 SOUTH 13TH STREET SUITE 201,
                 LINCOLN, NE 68508-1911
                                                                                              TOTAL: 16
```

```
District/off: 0313-2          User: Randi              Page 2 of 2              Date Rcvd: May 15, 2019
                              Form ID: pdf900          Total Noticed: 31
```

```
             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              AmeriCredit Financial Services, Inc. dba GM Financ
14050011    ##+Community College of Philadelphia,    c/o Eastern Revenue Inc.,    998 Old Eagle School Road,
              Attn: Bankruptcy Dept.,    Wayne, PA 19087-1805
                                                                                TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2019                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2019 at the address(es) listed below:
          JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One Auto Finance
           jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com
          KEVIN G. MCDONALD    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
          MICHAEL A. LATZES    on behalf of Debtor Tracy L Convery efiling@mlatzes-law.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WALTER WILLIAM GOULDSBURY, III    on behalf of Creditor    PNC Bank, National Association
           wgouldsbury@udren.com, vbarber@udren.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
          WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM
           Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                           TOTAL: 7
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| TRACY L CONVERY | Chapter 13 |
| Debtor | Bankruptcy No. 18-10705-AMC |

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

    **AND NOW**, this __14th__ day of __May__, 2019, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

    **ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MICHAEL A LATZES ESQUIRE
1528 WALNUT STREET
STE 700
PHILA, PA 19102-

Debtor:
TRACY L CONVERY

2556 E. ANN STREET

PHILADELPHIA, PA 19134